Francis J. Lambert v. Hamburg Bremen Fire Insurance Company.—Application denied, with ten dollars costs. Order signed.

In the Matter of Charles H. Kirk and Others, etc. In the Matter of George Stolz and Others, etc. In the Matter of Michael Brennan and Others, etc. In the Matter of Pauline Haebler and Others, etc. In the Matter of Henrietta Bartow and Others, etc. In the Matter of William Walsh, etc. In the Matter of Mary E. Hand, Individually and as Executrix, etc. In the Matter of Alicia A. Hentze and Others, etc. In the Matter of Edward Jennings and Others, etc. —Motions granted; time extended for one year. Settle orders on notice.

Rudolph Podescht, Respondent, v. National Elevator Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Marie L. Harrison, as Executrix, etc., of Jared F. Harrison, Deceased, Respondent, v. Hartford Life Insurance Company, Appellant, Impleaded with George D. Harrison.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Annie Dugan, Respondent, v. New York Cab Company, Limited, Appellant. —Judgment and order affirmed, with costs. No opinion.

Denis Burns, Respondent, v. Degnon-McLean Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Henry L. Ketcham, Appellant, v. Emanuel Neuman, Respondent.— Order affirmed, with costs and disbursements, upon the ground that the verdict was excessive, without determining now what deductions, if any, the defendant was entitled to.

Morris S. Daniels, Appellant, v. Clifford L. Middleton and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Michael Glennon, as Administrator De Bonis Non, etc., of John Glennon, Deceased, Respondent, v. The Star Company, Appellant.— Judgment affirmed, with costs. No opinion.

Randolph Turner, Respondent, v. Charles E. Appleby, Appellant.— Judgment and order affirmed, with costs. No opinion.

Constantine J. McGuire, Appellant, v. Margaret E. Hughes, Respondent.— Order affirmed, with costs. No opinion.

Export Trucking Company, Appellant, v. G. W. Sheldon & Company, Respondent.— Determination affirmed, with costs, and judgment absolute ordered for defendant, with costs. No opinion.

Ætna Life Insurance Company, Respondent, v. Duparquet, Huot & Moneuse Company, Appellant. (Nos. 1 & 2.) — Determination affirmed, with costs. No opinion.

Jefferson Trust Company, Respondent, v. John T. Dixon, Appellant, Impleaded with Harry S. Dewey.—Judgment and order affirmed, with costs. No opinion. Dowling, J., dissented.

Isaac N. Hebberd, Respondent, v. Elizabeth Schwarzler, Appellant.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. John J. Dougan v. George McAneny, President, etc.— Motion denied, with ten dollars costs.